```
 1        IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT
 2              OF FLORIDA, JACKSONVILLE DIVISION
 3
 4   UNITED STATES OF AMERICA        Jacksonville, Florida
 5              Plaintiff,           Case No. 3:01-cr-237-J-21HTS
 6   -vs-                            June 27, 2002
 7   ALBERTO LOWINGER,               2:00 p.m.
 8   TRAVIS SAMPSON,                 Courtroom 2
 9   DONALD EVANS,
10   CASEY STEINMAN,
11              Defendants.
12
13
14             TRANSCRIPT OF SENTENCING PROCEEDINGS
15          BEFORE THE HONORABLE RALPH W. NIMMONS, JR.
16                 UNITED STATES DISTRICT JUDGE
17
18
19
20  COUNSEL FOR THE PLAINTIFF:
21  KATHLEEN A. O'MALLEY, Assistant U.S. Attorney
22  U.S. ATTORNEY'S OFFICE
23  300 North Hogan Street
24  Suite 700
25  Jacksonville, Florida   32202
```

Transcript Filed Separately