UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 3:01-CR-237-J-21TEM |
| : | |
| TRAVIS V. SAMPSON : | |

## SATISFACTION OF JUDGMENT

The monetary penalty imposed upon Defendant Travis Sampson by the criminal judgment filed herein on June 27, 2002, in the above-entitled cause has been paid or otherwise settled. The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to record this satisfaction of judgment as it pertains to the monetary imposition ordered in this case.

    Respectfully submitted,

    JAMES R. KLINDT
    United States Attorney

By:   s/ Patricia A. Willing
    PATRICIA A. WILLING
    Assistant United States Attorney
    Florida Bar Number 340251
    Attn: Sandra Rodriguez
    Financial Litigation Unit
    400 North Tampa Street, Suite 3200
    Tampa, Florida  33602
    Telephone:  (813) 274-6038
    Facsimile:  (813) 274-6247
    E-mail:     FLUDocket.mailbox@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> None.

I FURTHER CERTIFY that on May 30, 2007, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

> Travis Sampson
> Orange, FL 32073
>
> [Street address omitted in compliance with this Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, but full address used on service envelope.]

>> s/ Patricia A. Willing
>> Assistant United States Attorney

N:\_Civil Cases\_FLU Cases\S\SampsonCR300_2002Z01040.wpd